UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
     :
S.M., *individually and on behalf of her minor*  :
*child, A.S.*,     :
     :
                Plaintiff,  :    24-CV-6036 (VSB)
     :
       -against-  :    **ORDER**
     :
NEW YORK CITY DEPARTMENT OF  :
EDUCATION,     :
     :
                Defendant.  X

-----------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff filed this action on August 8, 2024, (Doc. 1), and filed an affidavit of service on August 9, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was August 30, 2024. On August 15, 2024, counsel for Defendant appeared and, five days later, sought an extension of time to file an answer. (Docs. 6, 7.) I granted Defendant's request, extending the time to answer to the Complaint to November 29, 2024. (Doc. 8.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 17, 2025. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 3, 2025
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge